IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVE THOMAS,

        **Plaintiff,**

v.

        Case No. 3:21-CV-114-NJR

JONES LANG LASALLE AMERICAS,
INC., and SEAN COSER,

        **Defendants.**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Joint Stipulation for Dismissal dated March 2, 2022 (Doc. 21), this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

        **DATED:   March 3, 2022**

                              **MONICA A. STUMP,**
                              **Clerk of Court**

                              By:   *s/ Deana Brinkley*
                                    **Deputy Clerk**

**APPROVED:** _____
        **NANCY J. ROSENSTENGEL**
        **Chief U.S. District Judge**